IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03136-RPM-KMT

TAMMY CISNEROS,

    Plaintiff,

v.

GTF SEVICES LLC,

    Defendant.

_____

ORDER OF DISMISSAL
_____

Pursuant to the Unopposed Motion to Dismiss with Prejudice [8] filed January 30, 2014, it is

ORDERED that this action is dismissed with prejudice.

DATED: January 31st, 2014

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge